FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA SULLIVAN AND DANIEL SULLIVAN Individually and as Successors in Interest to and/or on behalf of Joseph Sullivan, DANIEL SULLIVAN, JR., Individually and MICHELLE SULLIVAN, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. SALAZAR, et al.,<br><br>Defendants. | CV 07-5675 GW (SHx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>Judge:     The Honorable George H. Wu |

    The Court having reviewed the accompanying stipulation and request of the parties for issuance of a protective order pursuant to the Federal Rules of Civil Procedure and Local Rule 79-5.4, finds that good cause appears therefor.

    Discovery responses, whether formal or informal, designated without objection to be for "Attorneys' Eyes Only" within the scope of this order (1) will be for "Attorneys' Eyes Only," and will not be disclosed or disseminated to any other persons, parties or entities; (2) will be used solely in conjunction with this case, and no copies shall be made except for submission to the Court or other parties; and (3) at the conclusion of this matter, all copies of documents or other discovery

1 | ~~responses shall be destroyed or returned to the California Department of~~
2 | ~~Corrections and Rehabilitation.~~
3       The parties shall have 14 days from the production of documents or items designated "Attorneys' Eyes Only" to object to such designation. In the event a party objects to the designation "Attorneys' Eyes Only," the party designating shall bear the burden of proof to establish that such documents or items are within the scope of this order, and may seek the Court's in camera review of such documents or items before being required to remove such designation.

IT IS SO ORDERED.

DATED: 3/24/08

**STEPHEN J. HILLMAN**
**UNITED STATES MAGISTRATE JUDGE**
~~The Honorable George H. Wu,~~
~~Judge, United States District Court~~

1
2
3
4
5
6
7  Respectfully proposed and submitted by:
8
9      Dated: March 18, 2008
10
11              EDMUND G. BROWN JR.
                Attorney General of the State of California
12              DAVID S. CHANEY
                Chief Assistant Attorney General
13
                FRANCES T. GRUNDER
14              Senior Assistant Attorney General

                RENE L. LUCARIC
15              Supervising Deputy Attorney General
16
17                          /s/
                _____
18
                PAUL J. COONY
19              Deputy Attorney General
                Attorneys for Defendants
20
21
   50235230.wpd
22 SD2007503701
23
24
25
26
27
28

# Discovery Requests

2:07-cv-05675-GW-SH Blanca Sullivan et al v. John F Salazar et al
(SHx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Coony, Paul on 3/18/2008 at 4:02 PM PDT and filed on 3/18/2008

**Case Name:** Blanca Sullivan et al v. John F Salazar et al
**Case Number:** 2:07-cv-5675
**Filer:** DOES
Roderick Q Hickman
Riva Robinson
John F Salazar
Jame E Tilton
Edward Roth

**Document Number:** 15

**Docket Text:**
REQUEST for Protective Order for Discovery filed by Defendants John F Salazar(Individually), Jame E Tilton(Individually), Roderick Q Hickman, Edward Roth, Riva Robinson, DOES. (Attachments: # (1) Proposed Order)(Coony, Paul)

**2:07-cv-5675 Notice has been electronically mailed to:**

Paul J Coony    docketinglaawt@doj.ca.gov, docketingLACLS@doj.ca.gov, paul.coony@doj.ca.gov, rene.Lucaric@doj.ca.gov

Abraham N Goldman    agoldman44@earthlink.net

David Springfield    frolic@usa.net

**2:07-cv-5675 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\JARQUIA\Desktop\ECF Folder\Stipulation & Request for Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/18/2008] [FileNumber=5539416-0]
[a0744be85e6eb6ae6ccf7b76a60c4557787ab480a1dd355efa30b0f3a5f8b22786b0
b708328ed7473491ad5b9acf0ca0a1e7ae21675d58abf77720c34208a482]]

**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\JARQUIA\Desktop\ECF Folder\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/18/2008] [FileNumber=5539416-1]
[21f27853bcb49956beac2264b098e52377466abb9198b10194420eb4ad1bce209f09
c170d37e18e2ce6c59e477313aa18a7d912f959ef7f5e264a47fba0190d1]]